[No. 63921-8-I.  Division One.  September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ROBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00516-4, Mary Yu, J., entered July 17, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 63947-1-I.  Division One.  September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12269-3, Mary Yu, J., entered July 29, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Grosse and Schindler, JJ.

[No. 63992-7-I.  Division One.  September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE WHITFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12495-5, Regina S. Cahan, J., entered July 23, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 64007-1-I.  Division One.  September 27, 2010.]

JACQUELINE A. WARE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-02606-6, Bruce I. Weiss, J., entered July 15, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.